No. 03–6566. LARA v. PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 03–6567. BRETON v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 03–6568. WANG v. HAWAII MEDICAL SERVICE ASSN. Sup. Ct. Haw. Certiorari denied.

No. 03–6569. WRIGHT v. SACCHET, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–6571. HANG v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 03–6575. HOLLIDAY v. ELLIOTT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6581. HURLEY v. COURT OF APPEALS OF ARIZONA, DIVISION ONE. Sup. Ct. Ariz. Certiorari denied.

No. 03–6585. GARONE v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–6588. RONDEAU v. RONDEAU ET AL. Sup. Ct. N. H. Certiorari denied.

No. 03–6591. SHERKAT v. VANO ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6594. SIAS v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6598. FOSTER v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 03–6600. GARCIA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6601. GILLESPIE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.